UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNIE JONES, JR., ET AL.

VERSUS

SHELTER MUTUAL
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 09-725-JJB

## ORDER

Considering the Report and Recommendation (doc. 16) of the magistrate judge and the failure of plaintiffs to show cause as ordered (doc. 15) by the court on January 5, 2010;

IT IS ORDERED that the claims against defendants Randy Lewis, Lester Lewis, Lester "Buddy" Lewis Construction Companies and Randy Lewis Constuction be and are hereby DISMISSED pursuant to Rule 4(m).

Baton Rouge, Louisiana, March 1, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA