UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNIE JONES, JR., ET AL

VERSUS

SHELTER MUTUAL INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 09-725-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 24, 2011 (doc. no. 36) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss Plaintiffs' Action for Failure to Comply with a Court Order and Failure to Prosecute filed by defendant (doc. no. 28) is GRANTED, dismissing the plaintiffs' action.

Baton Rouge, Louisiana, April 18, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNIE JONES, JR., ET AL

CIVIL ACTION

VERSUS

NO. 09-725-JJB-SCR

SHELTER MUTUAL INSURANCE
COMPANY, ET AL.

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the Motion to Dismiss Plaintiffs' Action for Failure to Comply with a Court Order and Failure to Prosecute filed by defendant (doc. no. 28) is GRANTED, dismissing the plaintiffs' action.

Baton Rouge, Louisiana, April 18, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA